

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

**DAVID L. GREENSPAN**
Partner
(212) 294-4616
dgreenspan@winston.com

October 23, 2024

**VIA ECF & EMAIL**

Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007
torres_nysdchambers@nysd.uscourts.gov

> Re:   *Nat'l Football League Players Ass'n et al. v. DraftKings Inc. et al.*, No. 1:24-cv-06407-AT (S.D.N.Y.) – Letter Pursuant to Individual Practice II.B

Dear Judge Torres,

We represent Plaintiffs National Football League Players Association ("NFLPA") and National Football League Players Incorporated ("NFL Players Inc.") in the above-referenced action. Pursuant to Rule II.B of this Court's Individual Practices in Civil Cases, we write in advance of the deadline for submitting the parties' proposed Case Management Plan and Scheduling Order, as subject-matter jurisdiction in this action is founded on diversity of citizenship pursuant to 28 U.S.C. § 1332.

Plaintiffs assert that diversity of citizenship exists because Plaintiffs NFLPA and NFL Players Inc. are corporations organized under the laws of the State of Virginia with their principal places of business in Washington, D.C. Defendant DraftKings Inc. is a corporation organized under the laws of the State of Nevada with its principal place of business in Boston, Massachusetts. Defendant DK Crown Holdings Inc. is a corporation organized under the laws of the State of Delaware with its principal place of business in Boston, Massachusetts. As set forth in the Complaint (*see* ECF No. 1), the amount in controversy exceeds the $75,000 threshold set forth in 28 U.S.C. § 1332, as Plaintiffs seek several millions of dollars in damages from Defendants.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ David L. Greenspan*
David L. Greenspan

cc:   All Counsel of Record (via ECF)