```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/5/2024___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL FOOTBALL LEAGUE PLAYERS
ASSOCIATION AND NATIONAL FOOTBALL
LEAGUE PLAYERS INCORPORATED,

                Plaintiffs,

-against-

DRAFTKINGS INC. and DK CROWN
HOLDINGS INC.,

                Defendants.

24 Civ. 6407 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' submissions at ECF Nos. 16–20 and 21–24. Defendants' motion to dismiss is due by **November 18, 2024**. By **December 9, 2024**, Plaintiffs shall file their opposition papers. By **December 23, 2024**, Defendants shall file their reply, if any. *See also* Individual Practices in Civil Cases ¶ III.B.iv.

    The parties' requests for leave to file on the public docket documents with limited redactions, and to file under seal unredacted versions of those documents, *see* ECF Nos. 16 and 22, are GRANTED. The proposed redactions pertain to "judicial documents." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006). However, the material to be redacted "play[s] only a negligible role in the [Court's] performance of [its] Article III duties" at this time. *Olson v. Major League Baseball*, 29 F.4th 59, 89 (2d Cir. 2022) (quotation omitted). Under these circumstances, the "competing consideration" of "the privacy interests of those resisting disclosure," *Lugosch*, 435 F.3d at 120 (quotations omitted), most notably, the parties' interests in protecting "sensitive, confidential, or proprietary business information," *SEC v. Ripple Labs, Inc.*, No. 20 Civ. 10832, 2022 WL 329211, at *1 (S.D.N.Y. Feb. 3, 2022), overcomes the presumption of public access. The limited redactions are narrowly tailored to advance the parties' privacy interests while maintaining the broadest possible access to judicial documents. *See Lugosch*, 435 F.3d at 124.

    The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 16, 19, 20, and 22.

    SO ORDERED.

Dated: November 5, 2024
       New York, New York

                                                    **ANALISA TORRES**
                                               United States District Judge