**GIBSON DUNN**

Orin Snyder
Partner
T: +1 212.351.2400
osnyder@gibsondunn.com

November 11, 2024

<u>Via ECF</u>

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>Nat'l Football League Players Ass'n v. DraftKings Inc.</u>, No. 24-cv-6407 (S.D.N.Y.)

Dear Judge Torres:

Pursuant to Rule I(C) in this Court's Rules of Practice in Civil Cases, we submit this unopposed motion for an extension of the briefing deadlines on the motion to dismiss on behalf of Defendants DraftKings Inc. and DK Crown Holdings Inc. (together, "DraftKings").

On November 6, 2024, the Court set briefing deadlines for DraftKings' motion to dismiss. *See* Dkt. No. 25. DraftKings hereby requests a brief extension of the parties' briefing deadlines on DraftKings' motion to dismiss, due to scheduling conflicts, pre-planned international travel, and the December holidays. The parties have conferred and Plaintiffs do not oppose DraftKings' extension request.

DraftKings respectfully requests that the Court set the following briefing schedule for its motion to dismiss:

| Filing Deadline | Original Date | Proposed Date |
|---|---|---|
| DraftKings' Motion to Dismiss | November 18, 2024 | November 25, 2024 |
| Plaintiffs' Opposition to Motion to Dismiss | December 9, 2024 | December 16, 2024 |
| DraftKings' Reply in Support of Motion to Dismiss | December 23, 2024 | January 3, 2025 |

If granted, DraftKings' requested extension would not impact any other dates or deadlines in this matter. This is DraftKings' first request for an extension.

Sincerely,

<u>/s/ Orin Snyder</u>

Orin Snyder

cc:   All counsel of record (via ECF and e-mail)