UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
NATIONAL FOOTBALL LEAGUE                                   :
PLAYERS ASSOCIATION and NATIONAL                           :
FOOTBALL LEAGUE PLAYERS                                    :
INCORPORATED,                                              :
                                                           :
                   Plaintiffs,                  :   No. 1:24-cv-6407 (AT)
                                                           :
        v.                                                 :   **Oral Argument Requested**
                                                           :
DRAFTKINGS INC. and DK CROWN                               :
HOLDINGS INC.,                                             :
                                                           :
                   Defendants.                  :
                                                           :
-----------------------------------------------------------x

## NOTICE OF DEFENDANTS DRAFTKINGS INC. AND DK CROWN HOLDINGS INC.'S MOTION FOR PARTIAL DISMISSAL OF THE COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants DraftKings Inc. and DK Crown Holdings Inc.'s Motion for Partial Dismissal of Plaintiffs' Complaint, dated November 25, 2024, and all prior pleadings, papers, and proceedings had herein, Defendants DraftKings Inc. and DK Crown Holdings Inc., by and through their undersigned counsel, move this Court, before the Honorable Analisa Torres, United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 15D, New York, New York 10007, for an Order dismissing in part Plaintiffs' Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       November 25, 2024

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: /s/ *Orin Snyder*
                                       Orin Snyder
                                       Matt Benjamin
                                       Grace E. Hart
                                       GIBSON, DUNN & CRUTCHER LLP
                                       200 Park Avenue
                                       New York, NY 10166
                                       (212) 351-4000
                                       osnyder@gibsondunn.com
                                       mbenjamin@gibsondunn.com
                                       ghart@gibsondunn.com

                                       Jacob T. Spencer (*pro hac vice* forthcoming)
                                       GIBSON, DUNN & CRUTCHER LLP
                                       1700 M Street, N.W.
                                       Washington, DC 20036
                                       (202) 955-8500
                                       jspencer@gibsondunn.com

                                       *Attorneys for Defendants DraftKings Inc. and DK Crown Holdings Inc.*