# GIBSON DUNN

Orin Snyder
Partner
T: +1 212.351.2400
osnyder@gibsondunn.com

November 25, 2024

VIA ECF

The Honorable Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Nat'l Football League Players Ass'n v. DraftKings Inc.*, No. 24-cv-6407 (AT) (S.D.N.Y.)

Dear Judge Torres:

Pursuant to Rule III(K) in this Court's Rules of Practice in Civil Cases, Defendants DraftKings Inc. and DK Crown Holdings Inc. (together, "DraftKings") respectfully request oral argument on their motion to dismiss (the "Motion"). Oral argument would aid the Court in its consideration of the Motion, and counsel is prepared to argue the Motion on any date that the Court schedules for oral argument.

Respectfully submitted,

*/s/ Orin Snyder*
Orin Snyder

cc:   All counsel of record (via ECF)