```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
NATIONAL FOOTBALL LEAGUE PLAYERS
ASSOCIATION AND NATIONAL FOOTBALL
LEAGUE PLAYERS INCORPORATED,

                        Plaintiffs,

        -against-                                    24 Civ. 6407 (AT)

DRAFTKINGS INC. and DK CROWN                         ORDER
HOLDINGS INC.,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2024_

ANALISA TORRES, District Judge:

      On November 25, 2024, Defendants, DraftKings Inc. and DK Crown Holdings Inc.. filed a motion for partial dismissal of the complaint. ECF Nos. 31–34. Pursuant to ¶ III(B)(iv) of the Court's Individual Practices in Civil Cases, "[i]f a motion to dismiss is filed, the non-moving party must, within ten days of receipt of the motion, notify the Court and its adversary in writing whether (1) it intends to file an amended pleading and when it will do so, or (2) it will rely on the pleading being attacked." More than ten days have passed since Defendants filed their motion to dismiss and no such statement has been filed. Accordingly, by **December 13, 2024**, Plaintiffs shall file a letter pursuant to ¶ III(B)(iv) of the Court's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: December 12, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge