January 27, 2025

<u>VIA ECF</u>

Hon. Analisa Torres
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>*Nat'l Football League Players Ass'n et al. v. DraftKings Inc. et al.*, No. 1:24-cv-06407-AT</u>

Dear Judge Torres:

  The parties in the above-captioned action respectfully submit this joint motion for a 60-day stay of this action, until March 28, 2025.

  The parties have mediated their dispute and reached a non-binding settlement in principle, subject to the mutual execution of a definitive settlement agreement. The parties therefore respectfully request a 60-day stay of this action (including a stay on a decision on Defendants' pending motion to dismiss, *see* Dkt. 31) to enable the parties to execute a definitive settlement agreement.

  The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

| | |
|---|---|
| By: <u>*/s/ David Greenspan*</u><br>  David Greenspan | By: <u>*/s/ Orin Snyder*</u><br>  Orin Snyder |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

cc: All counsel of record (by ECF)