UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
NATIONAL FOOTBALL LEAGUE :
PLAYERS ASSOCIATION and NATIONAL :
FOOTBALL LEAGUE PLAYERS :
INCORPORATED, :
:
                     Plaintiffs, :
: No. 1:24-cv-6407 (AT)
    v. :
:
DRAFTKINGS INC. and DK CROWN :
HOLDINGS INC., :
:
                     Defendants. :
:
-----------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby jointly stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action, and all claims asserted in the action, are dismissed with prejudice and without costs or fees to any party.

Respectfully submitted,

Dated: New York, New York
        March 3, 2025

1

| | |
|---|---|
| WINSTON & STRAWN LLP | GIBSON, DUNN & CRUTCHER LLP |
| By: /s/ Jeffrey L. Kessler | By: /s/ Orin Snyder |
| Jeffrey L. Kessler | Orin Snyder |
| David L. Greenspan | Matt Benjamin |
| George E. Mastoris | Grace E. Hart |
| 200 Park Avenue | 200 Park Avenue |
| New York, NY 10166-0193 | New York, NY 10166-0193 |
| Tel.: (212) 294-6700 | Tel.: (212) 351-4000 |
| jkessler@winston.com | osnyder@gibsondunn.com |
| dgreenspan@winston.com | mbenjamin@gibsondunn.com |
| gmastoris@winston.com | ghart@gibsondunn.com |
| | |
| | Jacob T. Spencer (*pro hac vice*) |
| | 1700 M Street, N.W. |
| | Washington, D.C. 20036 |
| | Tel.: (202) 955-8500 |
| | jspencer@gibsondunn.com |
| *Attorneys for Plaintiffs National Football League Players Association and National Football League Players Incorporated* | *Attorneys for Defendants DraftKings Inc. and DK Crown Holdings Inc.* |